IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES DURDIN                                                        PLAINTIFF

v.                                    5:09CV00236HLJ

RONNIE COLE, et al.                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 24th day of March, 2010.

*Henry L. Jones, Jr.*
United States Magistrate Judge